IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANNIE OPHELIA JEFFERY                                                                PLAINTIFF

v.                                    Civil No. 06-2164

DETECTIVE PAUL SMITH,
JUDGE JAMES MARSCHEWSKI,
STEVE TABOR, and the
FORT SMITH POLICE DEPARTMENT                                          DEFENDANTS

### ORDER

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including October 16, 2006, in which to complete the application as follows: answer question 3.f. and have the application completed by detention center personnel regarding plaintiff's inmate account. The application should be returned to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 14th day of September 2006.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 14 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_Beverly Stites Jones_
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)