IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANNIE OPHELIA JEFFERY                                                PLAINTIFF

v.                           Case No. 06-2164

PAUL SMITH, Detective, Fort
Smith Police Department; JUDGE
JAMES MARCHEWSKI; STEPHEN TABOR,
Prosecuting Attorney; and the
FORT SMITH POLICE DEPARTMENT                                        DEFENDANTS

## ORDER

Now on this 11th day of January 2007, there comes on for consideration the report and recommendation filed herein on December 13, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Plaintiff has not filed any objections to the report and recommendation. The Court notes that Plaintiff's mail was returned to the Clerk's office as undeliverable, however, Plaintiff has not provided the Court with another mailing address.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff has failed to prosecute this action and obey an order of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge